NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER MIFFIN, DOC #100473,      )
                                      )
      Appellant,                     )
                                      )
v.                                    )      Case No. 2D18-2484
                                      )
STATE OF FLORIDA,                     )
                                      )
      Appellee.                      )
_____)

Opinion filed May 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

      Affirmed.

NORTHCUTT, SILBERMAN, and SALARIO, JJ., Concur.